Robert A. Anderson, ISB No. 2124
Christopher P. Slette, ISB No. 10940
ANDERSON, JULIAN & HULL, LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:    (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:        raanderson@ajhlaw.com
                cslette@ajhlaw.com
iCourt/e-File:  service@ajhlaw.com

Attorneys for Defendant Amer Sports
        Winter & Outdoor Company and
        Salomon SAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDALL J. THOMAS and JAN B. THOMAS, husband and wife,<br><br>                    Plaintiffs,<br><br>vs.<br><br>AMER SPORTS COMPANY, AMER SPORTS WINTER & OUTDOOR COMPANY t/a SALOMON SPORTS, SALOMON USA a/k/a SALOMON NORTH AMERICA INC. t/a SALOMON SPORTS, SALOMON SAS and XYZ BUSINESS ENTITIES 1 THROUGH 10,<br><br>                    Defendants. | Case No.  4:20-cv-565<br><br>MOTION TO DISMISS SALOMON SAS FOR LACK OF PERSONAL JURISDICTION |

COMES NOW Defendant SALOMON S.A.S. (hereinafter "Salomon") and, pursuant to

Rule 12(b)(2), moves this Court for an order dismissing Plaintiffs' cause of action against Salomon

for lack of personal jurisdiction.

This Motion is supported by the Memorandum in Support of Motion to Dismiss Salomon SAS for Lack of Personal Jurisdiction, and the Declaration of Laurence Grollier filed herewith.

DATED this 7th day of October, 2021

ANDERSON, JULIAN & HULL LLP

By /s/ Robert A. Anderson
      Robert A. Anderson, Of the Firm
      Christopher P. Slette, Of the Firm
      Attorneys for Amer Sports Winter &
      Outdoor Company and SALOMON SAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th of October, 2021, the foregoing MOTION TO DISMISS SALOMON SAS FOR LACK OF PERSONAL JURISDICTION was served electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Reed W. Larsen        ☐ U.S. Mail, postage prepaid
Anthony B. Budge        ☐ Hand-Delivered
COOPER & LARSEN, CHARTERED        ☐ Overnight Mail
151 North 3rd Ave, 2nd Flr        ☐ Facsimile
P.O. Box 4229        ☐ E-Mail
Pocatello, ID 83205        ☒ CM/ECF
(T): (208) 235-1145
reed@cooper-larsen.com
tony@cooper-larsen.com

/s/ Robert A. Anderson
Robert A. Anderson