## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RANDALL J. THOMAS and**<br>**JAN B. Thomas, husband and wife,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) **Case No.: 4:20-cv-565** |
| | ) |
| **v.** | ) |
| | ) |
| **AMER SPORTS COMPANY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF LAURENCE GROLLIER

I, Laurence Grollier, declare as follows:

1. I am the legal and IP Director of Salomon S.A.S., located at Annecy, France. I am also located in Annecy, France. I have personal knowledge of the facts stated herein.

2. As the legal and IP Director, I am familiar with the operations of Salomon S.A.S., a company organized under the laws of France whose principal place of business is located in Annecy, France.

3. Salomon S.A.S. does not manufacture, sell, or distribute products in the United States.

4. Salomon S.A.S. sells its Salomon-branded products to a single purchaser in the United States: Amer Sports Winter & Outdoor Company (hereinafter "ASWO"), located in Ogden, Utah. Salomon-branded products are shipped to the United States on shipping terms such that Salomon S.A.S has no ownership over the products as they enter the United States. Once the products are in the United States, Salomon S.A.S exercises no control over the re-sale and distribution of those products; such control is exercised solely by ASWO located in Ogden, Utah.

5. Salomon S.A.S. does not and did not have an office in the State of Idaho, does not and did not maintain employees or agents in the State of Idaho, and does not and did not sell or ship the product at issue to Idaho.

6. Salomon S.A.S. does not and did not own real property in the State of Idaho.

7. Salomon S.A.S. does not and did not visit the State of Idaho to market or promote the ski boot at issue in this case, or to solicit sales of the product at issue in this case.

8. Salomon S.A.S. has not entered into any contract to perform services within the State of Idaho for Plaintiffs or anyone else.

9.  The Plaintiffs do not and did not perform services for Salomon S.A.S. in the State of Idaho, or elsewhere, and Salomon S.A.S. does not and did not receive goods from the Plaintiffs.

10. Salomon S.A.S.'s employees are all based in Europe.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and information.

Executed on September 30, 2021, in Annecy, France.

Signed: _____

Name: Laurence Grollier

Title:   Legal and IP Director, Salomon S.A.S.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th of October, 2021, the foregoing **DECLARATION OF LAURENCE GROLLIER** was served electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Reed W. Larsen
Anthony B. Budge
COOPER & LARSEN, CHARTERED
151 North 3rd Ave, 2nd Flr
P.O. Box 4229
Pocatello, ID 83205
(T): (208) 235-1145
reed@cooper-larsen.com
tony@cooper-larsen.com

☐ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☐ E-Mail
☒ CM/ECF

/s/ Robert A. Anderson
Robert A. Anderson

DECLARATION OF LAURENCE GROLLIER